# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134222

BEST CARE REHABILITATION, INC.,
      Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
      Defendant-Appellant.

SC: 134222
COA: 272395
Wayne CC: 05-527836-NO

_____/

On order of the Court, the application for leave to appeal the March 20, 2007 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Miller v Allstate* (Docket Nos. 134393, 134406) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

Clerk

t1217